**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOEL CARTER,

        Plaintiff,

v.                                                          CASE NO. 3:10-cv-22-J-32TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Remand Due to New Evidence (Doc. #23, Motion).  In the Motion, Plaintiff seeks to have this case remanded to the Commissioner of Social Security for further administrative action pursuant to sentence six of the Social Security Act, 42 U.S.C. § 405(g).

New evidence submitted to the Court may only be considered to determine if remand is warranted under sentence six of 42 U.S.C. § 405(g).  *Ingram v. Comm'r of Soc. Sec.*, 496 F.3d 1253, 1267-68 (11th Cir. 2007); *Caulder v. Bowen*, 791 F.2d 872, 876 (11th Cir. 1986).  To satisfy the criteria for a remand under sentence six, *supra*, a plaintiff must establish that (1) the evidence is new and non-cumulative; (2) the evidence is material such that a reasonable probability exists that it would change the administrative result; and (3) there was good cause for the failure to submit the evidence at the administrative level.  *Caulder*, 791 F.2d at 877.

The United States responds in opposition to the Motion in its brief in support of the Commissioner decision (Doc. #28).  In the interest of judicial economy, the Court  will take Plaintiff's Motion for Remand due to New Evidence (Doc. #23) under advisement, and will

consider the merits of Motion when issuing a Report and Recommendation to the District Court as to the appropriate resolution of the case.

Based on the foregoing, it is hereby **ORDERED**:

Plaintiff's Motion for Remand Due to New Evidence (Doc. #23) is taken **UNDER ADVISEMENT**.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of January, 2011.

Copies to:
Counsel of Record

*Thomas E. Morris*

**THOMAS E. MORRIS**
United States Magistrate Judge

2